FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# CHARGES AND PENALTIES

Sep 06, 2023

SEAN F. McAVOY, CLERK

**CASE NAME:** ANTONIO SANCHEZ    **CASE NO.** 4:23-CR-6026-SAB-4

TOTAL # OF COUNTS: 2   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (viii), 846 | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine<br>not less than 5 years nor more than life supervised release; a $100 special penalty assessment;<br>denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a<br>Deportation |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine<br>not less than 5 years nor more than life supervised release; a $100 special penalty assessment;<br>denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a<br>Deportation |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |